## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: James A. Bageant Sr.                  CHAPTER 13
        Helen A. Bageant

              Debtor(s)                 BKY. NO. 18-22299 CMB

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas

Brian Nicholas
20 Nov 2020, 13:21:26, EST

Brian C. Nicholas, Esq. (317240) ☑
Maria D. Miksich, Esq. (319383) ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com