**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/24/2021

IN RE:

JAMES A. BAGEANT, SR.
HELEN A. BAGEANT
1136 MT. PLEASANT RD.
SCOTTDALE, PA 15683
XXX-XX-1585          Debtor(s)

XXX-XX-6730

Case No.18-22299 CMB

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/24/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | CRED DESC / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: QCARD/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 5528 |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH 43231 | Trustee Claim Number: 2   INT %: 6.00%<br>Court Claim Number: 1<br>CLAIM: 8,152.66<br>COMMENT: $CL1GOVS@6%MDF/PL*910CL/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9396 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: 695.42/PL*PMT/DECL*DKT4PMT-LMT*BGN 7/18 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8510 |
| **WESTMORELAND COUNTY**<br>COURT OF COMMON PLEAS<br>2 NORTH MAIN ST STE 203<br>GREENSBURG, PA 15601 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OUT/OWK*NT PROV/PL*CP 65 CR 0001662 1982 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 1,330.71<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5097 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 550.06<br>COMMENT: COMENITY BANK~BLAIR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8196 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 634.02<br>COMMENT: CHADWICKS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3723 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 3,047.39<br>COMMENT: COMENITY BANK~HSN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1892 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 374.51<br>COMMENT: JESSICA LONDON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0004 |
| **FORD MOTOR CREDIT COMPANY LLC(*)**<br>DEPT 55953<br>PO BOX 55000<br>DETROIT, MI 48255-0953 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1779 |

| CLAIM RECORDS | | |
|---|---|---|
| **HIGHLANDS HOSPITAL & HEALTH CT**<br>401 E MURPHY AVE<br><br>CONNELLSVILLE, PA  15425 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0899 |
| **HIGHLANDS HOSPITAL & HEALTH CT**<br>401 E MURPHY AVE<br><br>CONNELLSVILLE, PA  15425 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2408 |
| **ILLINOIS VALLEY RADIOLOGY**<br>C/O COLLECTION PROFESSIONALS INC<br>PO BOX 416<br><br>LASALLE, IL  61301 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  78.15<br>COMMENT:  8991/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1901 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  4,982.64<br>COMMENT:  FR ONEMAIN-DOC 24 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5899 |
| **SYNCHRONY BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA  98124-3978 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  1,840.05<br>COMMENT:  PAYPAL CREDIT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5282 |
| **ECAST SETTLEMENT CORP**<br>POB 29262<br><br>NEW YORK, NY  10087-9262 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:12-2<br><br>CLAIM:  2,224.35<br>COMMENT:  SYNCHRONY BANK~QVC*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5528 |
| **SEARS/CITI CARD USA*+++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8466 |
| **SUNOCO/CBSD**<br>POB 6497<br><br>SIOUX FALLS, SD  57117 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9002 |
| **VONAGE**<br>3200 WINDY HILL RD SE  STE 200<br><br>ATLANTA, GA  30339-5640 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ECAST SETTLEMENT CORP**<br>POB 29262<br><br>NEW YORK, NY  10087-9262 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:10-2<br><br>CLAIM:  3,606.97<br>COMMENT:  WALMART/SYNCHRONY BANK*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9191 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **COLLECTION PROFESSIONALS**<br>PO BOX 416<br>LA SALLE, IL 61301-0416 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **THOMAS SONG ESQ FOR JODI L HAUSE ESQ FF**<br>1617 JFK BLVD STE 1400<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 2,617.86<br>COMMENT: 3500/PL*THRU 6/18 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8510 |
| **ECAST SETTLEMENT CORP**<br>POB 29262<br>NEW YORK, NY 10087-9262 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 11-2<br>CLAIM: 2,149.66<br>COMMENT: NT/SCH*SYNCHRONY BANK-LOWES*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9134 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |