IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| James A. Bageant, Sr. | ) | Case No. 18-22299 CMB |
| Helen A. Bageant | ) | |
|    Debtor | ) | Chapter 13 |
| | ) | Document No.   38 |
| Steidl and Steinberg, P.C. | ) | |
|    Applicant | ) | |
| | ) | |
|    vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | |
| Trustee, Capital One, Collection Professional, | ) | |
| Comenity/Blair/Chadwicks/HSN/Jessica London, Ford | ) | |
| Service Card, Highlands Hospital, Huntington Bank, | ) | |
| Illinois Valley Radiology, One Main, PNC Bank, PNC | ) | |
| Bank Retail Lending, PRA Receivables Management, | ) | |
| PayPal, PA Dept. of Revenue, Portfolio Recovery | ) | |
| Assoc., QVC/Synchrony, Quantum3 Group, Sears | ) | |
| Credit Card, Sunoco/CitiBank, Huntington National | ) | |
| Bank, Vonage Phone, Walmart Master Card, eCAST | ) | **ENTERED BY DEFAULT** |
| Settlement Corp., | ) | |
|    Respondents | ) | |

**ORDER OF COURT**

AND NOW, to-wit this   15th   day of   November  , 2022, after consideration of the Application for Final Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of 895.00 for work performed in the Chapter 13 case by Debtors' counsel from April 3, 2018, to October 28, 2022.

2. The Debtor paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtors' counsel was paid a $610.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,90.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtors' counsel is $4,895.00, with the total to be paid through the Plan by the Trustee being up to $4,285.00 (representing the $3,390.00 previously approved to be paid (as

set forth above), and a remaining amount up to $895.00.00 to be paid from funds the Chapter 13 Trustee has on hand after the goals of the plan are achieved but before a Debtor Refund is issued,

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $895.00

6. The balance is waived.

FURTHER ORDERED:

_____
Hon. Carlota M. Bohm
United States Bankruptcy Judge

dmk

FILED
11/15/22 2:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22299-CMB |
| James A. Bageant, Sr. | Chapter 13 |
| Helen A. Bageant | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 15, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + James A. Bageant, Sr., Helen A. Bageant, 1136 Mt. Pleasant Rd., Scottdale, PA 15683-2420 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Helen A. Bageant asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor James A. Bageant Sr. asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Nov 15, 2022 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor PNC Bank  N.A. pawb@fedphe.com

Thomas Song
    on behalf of Creditor PNC Bank  National Association pawb@fedphe.com

TOTAL: 7