**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**James A. Bageant Sr.**
**Helen A. Bageant**
Debtor(s)

Bankruptcy Case No.: 18−22299−CMB

Chapter: 13
Docket No.: 46 − 45

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 26th of January, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/13/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/28/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/13/23.**

Carlota M Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-22299-CMB
James A. Bageant, Sr.     Chapter 13
Helen A. Bageant
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Jan 26, 2023     Form ID: 408v     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James A. Bageant, Sr., Helen A. Bageant, 1136 Mt. Pleasant Rd., Scottdale, PA 15683-2420 |
| 14859822 | | Collection Professionals, Inc., PO Box 416, La Salle, IL 61301-0416 |
| 14859828 | + | Highlands Hospital, 401 East Murphy Avenue, Connellsville, PA 15425-2700 |
| 14859830 | | Huntington Bank, 5655 Cleveland Avenue, Columbus, OH 43231 |
| 14884898 | + | Illinois Valley Radiology, c/o Collection Professionals Inc., PO Box 416, LaSalle, IL 61301-0416 |
| 14859831 | | Illinois Valley Radiology PC, PO Box 645572, Pittsburgh, PA 15264-5253 |
| 14859834 | | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 14859838 | + | Vonage Phone, 700 Nestle Way, Suite 200, Breinigsville, PA 18031-1522 |
| 14859840 | + | Westmoreland Co. Court of Common Pleas, 2 N Main St, Greensburg, PA 15601-2481 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2023 00:21:03 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14859821 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2023 00:20:58 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 14889477 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2023 00:20:49 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14859823 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2023 00:11:00 | Comenity/Blair, PO Box 659707, San Antonio, TX 78265-9707 |
| 14859824 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2023 00:11:00 | Comenity/Chadwicks, PO Box 659728, San Antonio, TX 78265-9728 |
| 14859825 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2023 00:11:00 | Comenity/HSN, PO Box 659707, San Antonio, TX 78265-9707 |
| 14859826 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2023 00:11:00 | Comenity/Jessica London, PO Box 659728, San Antonio, TX 78265-9728 |
| 14859827 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 00:20:41 | Ford Service Card, P.O. Box 9001006, Louisville, KY 40290-1006 |
| 14872802 | | Email/PDF: cbp@onemainfinancial.com | Jan 27 2023 00:20:37 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14859832 | | Email/PDF: cbp@onemainfinancial.com | Jan 27 2023 00:20:48 | One Main, PO Box 742536, Cincinnati, OH 45274-2536 |
| 14894809 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2023 00:11:00 | PNC Bank, N.A., Attention: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15004739 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2023 00:21:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14860483 | + | Email/PDF: rmscedi@recoverycorp.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 27 2023 00:20:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14859833 | | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 00:20:37 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14859835 | | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 00:20:39 | QVC/Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 14894348 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2023 00:11:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14894349 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2023 00:11:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14898636 | + | Email/Text: bncmail@w-legal.com | Jan 27 2023 00:11:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14859836 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 00:20:41 | Sears Credit Card, PO Box 9001055, Louisville, KY 40290-1055 |
| 14859837 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 00:20:41 | Sunoco/ Ciibank SD, NA, P.O. Box 6497, CitiBank Credit Dispute Unit, Sioux Falls, SD 57117-6497 |
| 14871902 | + | Email/Text: bankruptcy@huntington.com | Jan 27 2023 00:11:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14859839 | | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 00:20:58 | Walmart Master Card, PO Box 960024, Orlando, FL 32896-0024 |
| 14895986 | | Email/PDF: bncnotices@becket-lee.com | Jan 27 2023 00:20:53 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, N.A. |
| cr | | PNC Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14859829 | *+ | Highlands Hospital, 401 East Murphy Avenue, Connellsville, PA 15425-2700 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jan 26, 2023 | Form ID: 408v | Total Noticed: 32 |

**below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Helen A. Bageant asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor James A. Bageant Sr. asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor PNC Bank N.A. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PNC Bank National Association pawb@fedphe.com |

TOTAL: 7