**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JAMES A. BAGEANT, SR. <br> HELEN A. BAGEANT <br>       Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>       Movant <br>       vs. <br> No Respondents. | Case No.:18-22299 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.


January 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/06/2018 and confirmed on 7/23/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 77,663.00 |
| Less Refunds to Debtor | 441.85 | |
| TOTAL AMOUNT OF PLAN FUND | | 77,221.15 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,285.00 | |
|   Trustee Fee | 3,474.80 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,759.80 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 36,640.52 | 0.00 | 36,640.52 |
|     Acct: 8510 | | | | |
|   PNC BANK NA | 2,617.86 | 2,617.86 | 0.00 | 2,617.86 |
|     Acct: 8510 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 8,152.66 | 8,152.66 | 1,231.80 | 9,384.46 |
|     Acct: 9396 | | | | |
| | | | | 48,642.84 |
| **Priority** | | | | |
|   ABAGALE E STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES A. BAGEANT, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES A. BAGEANT, SR. | 441.85 | 441.85 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 895.00 | 895.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX8-22 | | | | |
|   STEIDL & STEINBERG | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WESTMORELAND COUNTY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,330.71 | 1,330.71 | 0.00 | 1,330.71 |
|     Acct: 5097 | | | | |
|   QUANTUM3 GROUP LLC - AGENT COMEN | 550.06 | 550.06 | 0.00 | 550.06 |
|     Acct: 8196 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 634.02 | 634.02 | 0.00 | 634.02 |
|     Acct: 3723 | | | | |
|   QUANTUM3 GROUP LLC - AGENT COMEN | 3,047.39 | 3,047.39 | 0.00 | 3,047.39 |
|     Acct: 1892 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 374.51 | 374.51 | 0.00 | 374.51 |
|     Acct: 0004 | | | | |
|   FORD MOTOR CREDIT COMPANY LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |

18-22299 Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1779 | | | | |
|    HIGHLANDS HOSPITAL & HEALTH CT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0899 | | | | |
|    HIGHLANDS HOSPITAL & HEALTH CT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2408 | | | | |
|    ILLINOIS VALLEY RADIOLOGY | 78.15 | 78.15 | 0.00 | 78.15 |
| Acct: 1901 | | | | |
|    PRA RECEIVABLES MANAGEMENT LLC - A | 4,982.64 | 4,982.64 | 0.00 | 4,982.64 |
| Acct: 5899 | | | | |
|    SYNCHRONY BANK | 1,840.05 | 1,840.05 | 0.00 | 1,840.05 |
| Acct: 5282 | | | | |
|    ECAST SETTLEMENT CORP | 2,224.35 | 2,224.35 | 0.00 | 2,224.35 |
| Acct: 5528 | | | | |
|    SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8466 | | | | |
|    SUNOCO/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9002 | | | | |
|    VONAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    ECAST SETTLEMENT CORP | 3,606.97 | 3,606.97 | 0.00 | 3,606.97 |
| Acct: 9191 | | | | |
|    ECAST SETTLEMENT CORP | 2,149.66 | 2,149.66 | 0.00 | 2,149.66 |
| Acct: 9134 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5528 | | | | |
|    THOMAS SONG ESQ FOR JODI L HAUSE E | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    COLLECTION PROFESSIONALS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 20,818.51 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 69,461.35 |

TOTAL CLAIMED
PRIORITY              0.00
SECURED         10,770.52
UNSECURED       20,818.51

Date: 01/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JAMES A. BAGEANT, SR.
    HELEN A. BAGEANT
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:18-22299

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22299-CMB |
| James A. Bageant, Sr. | Chapter 13 |
| Helen A. Bageant | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 26, 2023 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James A. Bageant, Sr., Helen A. Bageant, 1136 Mt. Pleasant Rd., Scottdale, PA 15683-2420 |
| 14859822 | | Collection Professionals, Inc., PO Box 416, La Salle, IL 61301-0416 |
| 14859828 | + | Highlands Hospital, 401 East Murphy Avenue, Connellsville, PA 15425-2700 |
| 14859830 | | Huntington Bank, 5655 Cleveland Avenue, Columbus, OH 43231 |
| 14884898 | + | Illinois Valley Radiology, c/o Collection Professionals Inc., PO Box 416, LaSalle, IL 61301-0416 |
| 14859831 | | Illinois Valley Radiology PC, PO Box 645572, Pittsburgh, PA 15264-5253 |
| 14859834 | | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 14859838 | + | Vonage Phone, 700 Nestle Way, Suite 200, Breinigsville, PA 18031-1522 |
| 14859840 | + | Westmoreland Co. Court of Common Pleas, 2 N Main St, Greensburg, PA 15601-2481 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2023 00:21:05 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14859821 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2023 00:20:58 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 14889477 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2023 00:20:58 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14859823 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2023 00:11:00 | Comenity/Blair, PO Box 659707, San Antonio, TX 78265-9707 |
| 14859824 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2023 00:11:00 | Comenity/Chadwicks, PO Box 659728, San Antonio, TX 78265-9728 |
| 14859825 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2023 00:11:00 | Comenity/HSN, PO Box 659707, San Antonio, TX 78265-9707 |
| 14859826 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2023 00:11:00 | Comenity/Jessica London, PO Box 659728, San Antonio, TX 78265-9728 |
| 14859827 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 00:20:53 | Ford Service Card, P.O. Box 9001006, Louisville, KY 40290-1006 |
| 14872802 | | Email/PDF: cbp@onemainfinancial.com | Jan 27 2023 00:20:57 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14859832 | | Email/PDF: cbp@onemainfinancial.com | Jan 27 2023 00:20:36 | One Main, PO Box 742536, Cincinnati, OH 45274-2536 |
| 14894809 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2023 00:11:00 | PNC Bank, N.A., Attention: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15004739 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2023 00:20:53 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14860483 | + | Email/PDF: rmscedi@recoverycorp.com | | |

Case 18-22299-CMB    Doc 48    Filed 01/28/23    Entered 01/29/23 00:24:46    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 27 2023 00:20:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14859833 | | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 00:20:37 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14859835 | | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 00:20:36 | QVC/Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 14894348 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2023 00:11:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14894349 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2023 00:11:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14898636 | + | Email/Text: bncmail@w-legal.com | Jan 27 2023 00:11:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14859836 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 00:20:41 | Sears Credit Card, PO Box 9001055, Louisville, KY 40290-1055 |
| 14859837 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2023 00:20:41 | Sunoco/ Ciibank SD, NA, P.O. Box 6497, CitiBank Credit Dispute Unit, Sioux Falls, SD 57117-6497 |
| 14871902 | + | Email/Text: bankruptcy@huntington.com | Jan 27 2023 00:11:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14859839 | | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2023 00:20:51 | Walmart Master Card, PO Box 960024, Orlando, FL 32896-0024 |
| 14895986 | | Email/PDF: bncnotices@becket-lee.com | Jan 27 2023 00:20:53 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, N.A. |
| cr | | PNC Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14859829 | *+ | Highlands Hospital, 401 East Murphy Avenue, Connellsville, PA 15425-2700 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed**

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jan 26, 2023 | Form ID: pdf900 | Total Noticed: 32

**below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Helen A. Bageant asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor James A. Bageant Sr. asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor PNC Bank N.A. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PNC Bank National Association pawb@fedphe.com |

TOTAL: 7