| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | James A. Bageant Sr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1585<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Helen A. Bageant<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6730<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   18–22299–CMB | | |

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James A. Bageant Sr.                                    Helen A. Bageant

<u>3/14/23</u>                                                                **By the court:** <u>Carlota M Bohm</u>
                                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                           **Chapter 13 Discharge**                                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-22299-CMB
James A. Bageant, Sr.  Chapter 13
Helen A. Bageant
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Mar 14, 2023     Form ID: 3180W     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James A. Bageant, Sr., Helen A. Bageant, 1136 Mt. Pleasant Rd., Scottdale, PA 15683-2420 |
| 14859822 | | Collection Professionals, Inc., PO Box 416, La Salle, IL 61301-0416 |
| 14859828 | + | Highlands Hospital, 401 East Murphy Avenue, Connellsville, PA 15425-2700 |
| 14859830 | | Huntington Bank, 5655 Cleveland Avenue, Columbus, OH 43231 |
| 14884898 | + | Illinois Valley Radiology, c/o Collection Professionals Inc., PO Box 416, LaSalle, IL 61301-0416 |
| 14859831 | | Illinois Valley Radiology PC, PO Box 645572, Pittsburgh, PA 15264-5253 |
| 14859834 | | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 14859838 | + | Vonage Phone, 700 Nestle Way, Suite 200, Breinigsville, PA 18031-1522 |
| 14859840 | + | Westmoreland Co. Court of Common Pleas, 2 N Main St, Greensburg, PA 15601-2481 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 15 2023 03:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2023 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 15 2023 03:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2023 00:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Mar 15 2023 03:52:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14859821 | | EDI: CAPITALONE.COM | Mar 15 2023 03:52:00 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 14889477 | | EDI: CAPITALONE.COM | Mar 15 2023 03:52:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14859823 | | EDI: WFNNB.COM | Mar 15 2023 03:52:00 | Comenity/Blair, PO Box 659707, San Antonio, TX 78265-9707 |
| 14859824 | | EDI: WFNNB.COM | Mar 15 2023 03:52:00 | Comenity/Chadwicks, PO Box 659728, San Antonio, TX 78265-9728 |
| 14859825 | | EDI: WFNNB.COM | Mar 15 2023 03:52:00 | Comenity/HSN, PO Box 659707, San Antonio, TX 78265-9707 |
| 14859826 | | EDI: WFNNB.COM | Mar 15 2023 03:52:00 | Comenity/Jessica London, PO Box 659728, San |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Antonio, TX 78265-9728 |
| 14859827 | | EDI: CITICORP.COM | Mar 15 2023 03:52:00 | Ford Service Card, P.O. Box 9001006, Louisville, KY 40290-1006 |
| 14872802 | | EDI: AGFINANCE.COM | Mar 15 2023 03:52:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14859832 | | EDI: AGFINANCE.COM | Mar 15 2023 03:52:00 | One Main, PO Box 742536, Cincinnati, OH 45274-2536 |
| 14894809 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 15 2023 00:06:00 | PNC Bank, N.A., Attention: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15004739 | | EDI: PRA.COM | Mar 15 2023 03:52:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14860483 | + | EDI: RECOVERYCORP.COM | Mar 15 2023 03:52:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14859833 | | EDI: RMSC.COM | Mar 15 2023 03:52:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14859835 | | EDI: RMSC.COM | Mar 15 2023 03:52:00 | QVC/Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 14894348 | | EDI: Q3G.COM | Mar 15 2023 03:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14894349 | | EDI: Q3G.COM | Mar 15 2023 03:52:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14898636 | + | Email/Text: bncmail@w-legal.com | Mar 15 2023 00:07:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14859836 | | EDI: CITICORP.COM | Mar 15 2023 03:52:00 | Sears Credit Card, PO Box 9001055, Louisville, KY 40290-1055 |
| 14859837 | | EDI: CITICORP.COM | Mar 15 2023 03:52:00 | Sunoco/ Ciibank SD, NA, P.O. Box 6497, CitiBank Credit Dispute Unit, Sioux Falls, SD 57117-6497 |
| 14871902 | + | Email/Text: bankruptcy@huntington.com | Mar 15 2023 00:07:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14859839 | | EDI: RMSC.COM | Mar 15 2023 03:52:00 | Walmart Master Card, PO Box 960024, Orlando, FL 32896-0024 |
| 14895986 | | Email/PDF: bncnotices@becket-lee.com | Mar 15 2023 00:09:23 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, N.A. |
| cr | | PNC Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14859829 | *+ | Highlands Hospital, 401 East Murphy Avenue, Connellsville, PA 15425-2700 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2023 at the address(es) listed below:

**Name**  **Email Address**

Abagale E. Steidl
on behalf of Joint Debtor Helen A. Bageant asteidl@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com

Abagale E. Steidl
on behalf of Debtor James A. Bageant Sr. asteidl@steidl-steinberg.com,
julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com

Brian Nicholas
on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Thomas Song
on behalf of Creditor PNC Bank N.A. pawb@fedphe.com

Thomas Song
on behalf of Creditor PNC Bank National Association pawb@fedphe.com

TOTAL: 7