IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JAMES A. BAGEANT, SR.
HELEN A. BAGEANT
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-22299

Chapter 13

Document No.: 45

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___14th___ day of ___March___, 20_23_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
3/14/23 8:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT

_Carlota M. Böhm_
              dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22299-CMB |
| James A. Bageant, Sr. | Chapter 13 |
| Helen A. Bageant | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 14, 2023 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James A. Bageant, Sr., Helen A. Bageant, 1136 Mt. Pleasant Rd., Scottdale, PA 15683-2420 |
| 14859822 | | Collection Professionals, Inc., PO Box 416, La Salle, IL 61301-0416 |
| 14859828 | + | Highlands Hospital, 401 East Murphy Avenue, Connellsville, PA 15425-2700 |
| 14859830 | | Huntington Bank, 5655 Cleveland Avenue, Columbus, OH 43231 |
| 14884898 | + | Illinois Valley Radiology, c/o Collection Professionals Inc., PO Box 416, LaSalle, IL 61301-0416 |
| 14859831 | | Illinois Valley Radiology PC, PO Box 645572, Pittsburgh, PA 15264-5253 |
| 14859834 | | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 14859838 | + | Vonage Phone, 700 Nestle Way, Suite 200, Breinigsville, PA 18031-1522 |
| 14859840 | + | Westmoreland Co. Court of Common Pleas, 2 N Main St, Greensburg, PA 15601-2481 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2023 00:09:40 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14859821 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2023 00:09:00 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 14889477 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2023 00:09:19 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14859823 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2023 00:07:00 | Comenity/Blair, PO Box 659707, San Antonio, TX 78265-9707 |
| 14859824 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2023 00:07:00 | Comenity/Chadwicks, PO Box 659728, San Antonio, TX 78265-9728 |
| 14859825 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2023 00:07:00 | Comenity/HSN, PO Box 659707, San Antonio, TX 78265-9707 |
| 14859826 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2023 00:07:00 | Comenity/Jessica London, PO Box 659728, San Antonio, TX 78265-9728 |
| 14859827 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2023 00:09:04 | Ford Service Card, P.O. Box 9001006, Louisville, KY 40290-1006 |
| 14872802 | | Email/PDF: cbp@onemainfinancial.com | Mar 15 2023 00:09:35 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14859832 | | Email/PDF: cbp@onemainfinancial.com | Mar 15 2023 00:09:35 | One Main, PO Box 742536, Cincinnati, OH 45274-2536 |
| 14894809 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 15 2023 00:06:00 | PNC Bank, N.A., Attention: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15004739 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2023 00:09:39 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14860483 | + | Email/PDF: rmscedi@recoverycorp.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 15 2023 00:09:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14859833 | | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2023 00:09:38 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14859835 | | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2023 00:09:37 | QVC/Synchrony Bank, PO Box 530905, Atlanta, GA 30353-0905 |
| 14894348 | | Email/Text: bnc-quantum@quantum3group.com | Mar 15 2023 00:07:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14894349 | | Email/Text: bnc-quantum@quantum3group.com | Mar 15 2023 00:07:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14898636 | + | Email/Text: bncmail@w-legal.com | Mar 15 2023 00:07:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14859836 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2023 00:09:04 | Sears Credit Card, PO Box 9001055, Louisville, KY 40290-1055 |
| 14859837 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2023 00:09:04 | Sunoco/ Ciibank SD, NA, P.O. Box 6497, CitiBank Credit Dispute Unit, Sioux Falls, SD 57117-6497 |
| 14871902 | + | Email/Text: bankruptcy@huntington.com | Mar 15 2023 00:07:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14859839 | | Email/PDF: gecsedi@recoverycorp.com | Mar 15 2023 00:09:37 | Walmart Master Card, PO Box 960024, Orlando, FL 32896-0024 |
| 14895986 | | Email/PDF: bncnotices@becket-lee.com | Mar 15 2023 00:09:41 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, N.A. |
| cr | | PNC Bank, National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14859829 | *+ | Highlands Hospital, 401 East Murphy Avenue, Connellsville, PA 15425-2700 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2023 at the address(es) listed

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 14, 2023 | Form ID: pdf900 | Total Noticed: 32 |

**below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Joint Debtor Helen A. Bageant asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Debtor James A. Bageant Sr. asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor PNC Bank N.A. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor PNC Bank National Association pawb@fedphe.com |

TOTAL: 7